UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYNE H. NORMAN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) NO. 1:17-CV-0275-TCB |
| | ) |
| RADIO ONE, ATLANTA, LLC, | ) |
| d/b/a WHAT HOT 107.9 FM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Wayne H. Norman ("Plaintiff"), and the Defendant, Radio One, Inc., improperly named in the Complaint as Radio One, Atlanta, LLC ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice and give notice and stipulate that this action and all claims asserted by the Plaintiff herein are dismissed with prejudice.

DATED: May 15, 2017.                                Respectfully submitted,

*/s/ Wayne H. Norman*                               */s/ Joshua A. Mize*
**Wayne H. Norman**                                 **Bonnie Y. Hochman Rothell**
3010 Finley Drive                                   (admitted *pro hac vice*)
Downers Grove, IL 60515                             bhrothell@mmmlaw.com
whnorman@hotmail.com                                **Joshua A Mize, Esq.**
                                                    (admitted *pro hac vice*)
*Pro se Plaintiff*                                  jmize@mmmlaw.com
                                                    **MORRIS, MANNING & MARTIN, LLP**
                                                    1401 Eye St. NW, Suite 600
                                                    Washington, D.C. 20005
                                                    Tel: (202) 971-4085
                                                    Fax: (202) 408-5146

                                                    and

                                                    **Eric A. Larson, Esq.**

Georgia Bar No. 800631
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326
Tel: (404) 233-7000
Fax:  (404) 365-9532
elarson@mmmlaw.com

*Attorneys for the Defendant,*
*Radio One, Inc.*

-2-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYNE H. NORMAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 1:17-CV-0275-TCB |
| ) | |
| RADIO ONE, ATLANTA, LLC, ) | |
| d/b/a WHAT HOT 107.9 FM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, filed electronically via the Court's CM/ECF system a true copy of the foregoing "Joint Stipulation of Dismissal with Prejudice" in the United States District Court for the Northern District of Georgia, and that a copy of same was furnished by U.S. Mail and email to:

Wayne H. Norman
3010 Finley Drive
Downers Grove, Illinois 60515
WHNorman@hotmail.com

DATED: May 15, 2017.                Respectfully submitted,

*/s/ Joshua A. Mize*
**Joshua A Mize, Esq.**
(admitted *pro hac vice*)
jmize@mmmlaw.com
**MORRIS, MANNING & MARTIN, LLP**
1401 Eye St. NW, Suite 600
Washington, D.C. 20005
Tel: (202) 971-4085
Fax: (202) 408-5146